### PRITCHETT *v.* THE STATE.

FISH, J. The evidence was sufficient to support the verdict, and there was no abuse of discretion in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued November 19, — Decided November 26, 1900.

Indictment for murder. Before Judge Gober. Cherokee superior court. September 25, 1900.

*E. W. Coleman, W. D. Mills,* and *J. P. Brooke,* for plaintiff in error. *J. M. Terrell,* attorney-general, *Thomas Hutcherson,* solicitor-general, and *C. H. Griffin,* contra.